JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11- 4107 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Ronald Green, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ronald Green, in the principal amount of $2,625.00 plus interest accrued to May 10, 2011, in the sum of $4,921.32; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**7,546.32**.

DATED: June 13, 2011                By:   **Terry Nafisi**
                                          Clerk of the Court

                                          **A. Martinez**
                                          Deputy Clerk
                                     United States District Court